Orders.

COMMONWEALTH *vs.* RICHARD J. FERNANDES. Reported below: 44 Mass. App. Ct. 1125 (1998).

COMMONWEALTH *vs.* MARK HARRIMAN. Reported below: 44 Mass. App. Ct. 1127 (1998).

COMMONWEALTH *vs.* DENISE HEBERT. Reported below: 44 Mass. App. Ct. 1127 (1998).

COMMONWEALTH *vs.* DWIGHT E. JACKSON. Reported below: 44 Mass. App. Ct. 1125 (1998).

COMMONWEALTH *vs.* NATHANIEL JACKSON. Reported below: 44 Mass. App. Ct. 1123 (1998).

COMMONWEALTH *vs.* RONALD JOHNSON. Reported below: 44 Mass. App. Ct. 1125 (1998).

COMMONWEALTH *vs.* JOHN JONES. Reported below: 44 Mass. App. Ct. 1125 (1998).

COMMONWEALTH *vs.* GREGORY KOLLIOS. Reported below: 44 Mass. App. Ct. 1125 (1998).

COMMONWEALTH *vs.* PAUL D. LARKE. Reported below: 44 Mass. App. Ct. 1124 (1998).

COMMONWEALTH *vs.* MICHAEL LAROSE. Reported below: 44 Mass. App. Ct. 1128 (1998).

COMMONWEALTH *vs.* MICHAEL MAHER. Reported below: 44 Mass. App. Ct. 1124 (1998).

COMMONWEALTH *vs.* JAMES R. MANNING. Reported below: 44 Mass. App. Ct. 695 (1998).

COMMONWEALTH *vs.* MARCOS MARTINEZ. Reported below: 44 Mass. App. Ct. 1126 (1998).

COMMONWEALTH *vs.* ROBERT E. MCGILLIVRAY. Reported below: 44 Mass. App. Ct. 1123 (1998).

COMMONWEALTH *vs.* BENJAMIN SILVA. Reported below: 44 Mass. App. Ct. 1124 (1998).

COMMONWEALTH *vs.* MICHAEL WHITE. Reported below: 44 Mass. App. Ct. 1119 (1998).

COMMONWEALTH *vs.* BYRON K.J. WORTH. Reported below: 44 Mass. App. Ct. 1126 (1998).

JOHN J. DONOVAN, trustee, *vs.* COMMERCIAL UNION INSURANCE COMPANY. Reported below: 44 Mass. App. Ct. 596 (1998).

CATHERINE M. FORD *vs.* TOWN OF GRAFTON. Reported below: 44 Mass. App. Ct. 715 (1998).

ALBERT GAGNE *vs.* COMMISSIONER OF CORRECTION & others. Reported below: 44 Mass. App. Ct. 1126 (1998).

HMM ASSOCIATES, INC. *vs.* BARBARA C. JOHNSON. Reported below: 44 Mass. App. Ct. 1126 (1998).

MITSUBISHI ACCEPTANCE CORPORATION & another *vs.* STEPHEN A. FITTS & others. Reported below: 44 Mass. App. Ct. 1125 (1998).

JAMES F. O'LEARY & another *vs.* OSCAR R. NEPOMUCENO & another. Reported below: 44 Mass. App. Ct. 683 (1998).

RYAN IRON WORKS, INC. *vs.* J.F. WHITE CONSTRUCTION COMPANY, INC., & others. Reported below: 44 Mass. App. Ct. 1126 (1998).

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 254, AFL-CIO *vs.* MASSACHUSETTS TRIAL COURT. Reported below: 44 Mass. App. Ct. 1126 (1998).

LEE SLOCUM & another *vs.* ROBERT F. DONAHUE & another; FORD MOTOR COMPANY, third-party defendant. Reported below: 44 Mass. App. Ct. 937 (1998).

July 1, 1998

*Further appellate review granted:*

ADOPTION OF HUGO. Reported below: 44 Mass. App. Ct. 863 (1998).

COMMONWEALTH *vs.* STEVEN A. WHITE (A.C. No. 96-P-0245).

*Further appellate review denied:*

ADOPTION OF TRUDY (and a companion case). Reported below: 44 Mass. App. Ct. 1123 (1998).